UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
YOUNG CHUL KO,

                Plaintiff,                      JUDGMENT
                                                  23-cv-05519(NRM)

                -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------- X

An Order of the Honorable Nina R. Morrison, United States District Judge, having been

filed on November 16, 2023, reversing and remanding the final decision of the Commissioner

pursuant to sentence four of 42 U.S.C. § 405(g); it is

ORDERED and ADJUDGED that the final decision of the Commissioner is reversed and

remanded pursuant to sentence four of 42 U.S.C. § 405(g); and that on remand, the

Commissioner will take further action to complete the administrative record and issue a new

decision.

Dated: Brooklyn, NY                               Brenna B. Mahoney
        November 27, 2023                   Clerk of Court

                                              By: */s/Jalitza Poveda*
                                              Deputy Clerk